DECISIONS PER CURIAM, FROM APRIL 13, 1926, TO AND INCLUDING JUNE 7, 1926, OTHER THAN DECISIONS ON PETITIONS FOR WRITS OF CERTIORARI.

No. 310. CARTER LYNCH, TRUSTEE IN BANKRUPTCY OF THE TENNESSEE RIVER COAL COMPANY, v. NASHVILLE, CHATTANOOGA AND ST. LOUIS RAILWAY COMPANY ET AL. Error to the Supreme Court of the State of Tennessee. Motion to dismiss submitted April 12, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Messrs. Frank Spurlock* and *Fitzgerald Hall* for defendants in error, in support of the motion. *Mr. Charles C. Moore* for plaintiff in error, in opposition thereto.

———

No. 662. EMPIRE ENGINEERING COMPANY v. WHITE, GRATWICK AND MITCHELL, INC. Error to the Supreme Court of the State of New York. Motion to dismiss submitted April 12, 1926. Decided April 19, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *California Powder Works* v. *Davis & Co.,* 151 U. S. 389; *Gaar, Scott & Co.* v. *Shannon,* 223 U. S. 469, 470; *Consolidated Turnpike Co.* v. *Norfolk & Ocean View R. R. Co.,* 228 U. S. 596, 599; *Yazoo & Mississippi Valley R. R. Co.* v. *Brewer,* 231 U. S. 245, 249; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300, 303; *Municipal Securities Corporation* v. *Kansas City,* 246 U. S. 63, 69; *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. Laurence E. Coffey* for defendant in error, in support of the